### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiff,

      v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:24-cv-03100

Judge Jorge L. Alonso

Magistrate Judge Heather K. McShain

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 20, 2024, at 9:30 a.m., Plaintiff, by its counsel, shall appear by remote means, before the Honorable Jorge L. Alonso of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

The call−in number, for the hearing, is 888−808−6929 and the access code is 4911854.

DATED: June 3, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on June 3, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

          /s/ *Keith A. Vogt*
          Keith A. Vogt, Esq.

2